**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 275 WAL 2022
                                  :
              Respondent           :
                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court
                v.                        :
                                    :
                                    :
EUGENE R. DAVID,                 :
                                    :
              Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 11th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.